**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

APR 25 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JARED M. VILLERY,

      Plaintiff - Appellant,

  v.

DAVID CROUNSE; ALICIA
GUERRERO; TODD HAAK; EDWARD
GARCIA; K. HOLLAND; R. GROVES,

      Defendants - Appellees.

No. 23-1946

D.C. No.
1:18-cv-01623-JLT-SKO

MEMORANDUM*

Appeal from the United States District Court
for the Eastern District of California
Jennifer L. Thurston, District Judge, Presiding

Submitted April 22, 2025**

Before:     GRABER, H.A. THOMAS, and JOHNSTONE, Circuit Judges.

Former California state prisoner Jared M. Villery appeals pro se from the

district court's order denying his post-judgment motion in his 42 U.S.C. § 1983

action alleging retaliation. We have jurisdiction under 28 U.S.C. § 1291. We

---

    *     This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

    **     The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

review for an abuse of discretion the denial of a motion under Fed. R. Civ. P. 60(b). *Flores v. Rosen*, 984 F.3d 721, 731 (9th Cir. 2020). We affirm.

The district court did not abuse its discretion in denying Villery's motion for relief from judgment because the record does not support Villery's contention that he did not receive the court's orders and thus Villery failed to show he was entitled to relief. *See Pioneer Inv. Servs. Co. v. Brunswick Assocs. Ltd. P'ship*, 507 U.S. 380, 393-94 (1993) (discussing grounds for relief from judgment under Rule 60(b)). Contrary to Villery's contention, the district court did not err in denying the motion without addressing his request for an extension of time to file a reply because the request was untimely under the local rules. *See Christian v. Mattel, Inc.*, 286 F.3d 1118, 1129 (9th Cir. 2002) ("The district court has considerable latitude in managing the parties' motion practice and enforcing local rules that place parameters on briefing.").

**AFFIRMED.**